IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MARKERT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-CV-5774 |
| | : | |
| BECKER TECHNICAL STAFFING, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 5th day of May, 2010, upon consideration of Defendants Joan and Harvey Becker's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 17) and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is GRANTED and all claims against Defendants Joan and Harvey Becker are hereby DISMISSED. It is further ORDERED that Count I of Plaintiff's Amended Complaint is DISMISSED as to all Defendants for lack of subject matter jurisdiction.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.